No. 89–729.　Abbott et al. v. City of Virginia Beach. C. A. 4th Cir.　Certiorari denied.　Justice White would grant certiorari.

No. 89–767.　Harris v. Pulley, Warden.　C. A. 9th Cir.;

No. 89–5527.　Kirkpatrick v. Butler, Warden, et al. C. A. 5th Cir.;

No. 89–5847.　Griffin v. Dugger, Secretary, Florida Department of Corrections.　C. A. 11th Cir.; and

No. 89–6113.　Coleman v. Ohio.　Sup. Ct. Ohio.　Certiorari denied.　Reported below: No. 89–767, 885 F. 2d 1354; No. 89–5527, 870 F. 2d 276; No. 89–5847, 874 F. 2d 1397; No. 89–6113, 45 Ohio St. 3d 298, 544 N. E. 2d 622.

Justice Brennan and Justice Marshall, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 89–5715.　Chinagoram, aka Godwin v. United States. C. A. 4th Cir.　Motion of petitioner to amend petition for writ of certiorari granted.　Certiorari denied.

No. 88–7466.　Spearman v. Lynaugh, Director, Texas Department of Corrections, *ante,* p. 876;

No. 88–7467.　Spearman v. Lynaugh, Director, Texas Department of Corrections, *ante,* p. 876;

No. 89–489.　Smith v. Massachusetts Institute of Technology et al., *ante,* p. 965;

No. 89–561.　LaRaia v. Phillis et al., *ante,* p. 965;

No. 89–5647.　Holbrook v. Williams, Warden, et al., *ante,* p. 967; and

No. 89–5798.　Blanks v. Kemp, Warden, *ante,* p. 984.　Petitions for rehearing denied.

January 17, 1990

No. 89–760.　Santa Fe Southern Pacific Corp. et al. v. Kraus et al.　C. A. 9th Cir.　Certiorari dismissed under this Court's Rule 46.